IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mahmoud Alili, | : | Case No. 1:24-cv-101 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | Order Adopting Report and |
| | : | Recommendation and |
| American Express Company, | : | Denying Motion for Restraining Order |
| | : | |
| Defendant. | : | |

      This matter is before the Court on the Order and Report and Recommendation entered by Magistrate Judge Stephanie K. Bowman on February 12, 2025. (Doc. 21.) The Magistrate Judge recommended that the Court deny Plaintiff's Motion for Restraining Order, which she treated as a motion for preliminary injunction. (Docs. 13, 21.) Plaintiff was not represented by counsel when he filed the initial Complaint or the Motion for Restraining Order. However, counsel entered an appearance on his behalf on May 29, 2025, before the issuance of the Report and Recommendation. (Doc. 19.) Neither party objected to the Report and Recommendation.

      Title 28 U.S.C § 636(b)(1)(B) & (C) and Federal Rule of Civil Procedure Rule 72(b)(1) authorize magistrate judges to make recommendations concerning dispositive motions and prisoner petitions challenging conditions of confinement. Parties then have fourteen days to make file and serve specific written objections to the report and recommendation. 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b)(2). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1) (substantially similar).

The Court agrees with the well-reasoned Report and Recommendation.  Plaintiff failed to explain the factual bases for his federal consumer protection claims in the initial Complaint.  He did not establish that he was entitled to injunctive relief under Federal Rule of Civil Procedure 65 in the Motion for Restraining Order.

The Report and Recommendation (Doc. 21) is **ADOPTED**, and Plaintiff's Motion for Restraining Order (Doc. 13) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge