**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MAHMOUD ALILI,

      Plaintiff,

vs

AMERICAN EXPRESS COMPANY,

      Defendant.

Case No. 1:24-cv-101

Dlott, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

On May 6, 2026, the Court issued an Order granting Plaintiff's counsel motion to withdraw. (Doc. 44). The Court further Ordered that by June 5, 2026, Plaintiff shall have new counsel enter an appearance or, in the alternative, Plaintiff must inform the court of his intention to proceed pro se. Id. The Order also put Plaintiff on notice that "[f]ailure to have new counsel enter an appearance or to inform the court of Plaintiff's intention to proceed pro se by June 5, 2026 may result in this matter being dismissed for failure to prosecute." (Doc. 44). To date, Plaintiff has failed to have new counsel enter an appearance or inform the Court of his intention to proceed pro se.

Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this action pursuant to Fed. R. Civ. P. 41(b). See *Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir. 1991). District courts possess the inherent authority to sua sponte dismiss civil actions for want of prosecution in order to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). Although Plaintiff is proceeding pro se, pro se litigants are not excused from compliance with procedural rules and court orders. See *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Accordingly, **IT IS RECOMMENDED THAT** this action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to obey and Order of the Court and this case be **CLOSED.**

_s/ Stephanie K. Bowman_
Stephanie K. Bowman
United States Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MAHMOUD ALILI,                                    Case No. 1:24-cv-101

    Plaintiff,
                                                  Dlott, J.
    vs                                            Bowman, M.J.

AMERICAN EXPRESS COMPANY,

    Defendant.


## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).